NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORDANCE CORPORATION,**
*Plaintiff-Cross Appellant,*

v.

**AMAZON.COM, INC.,**
*Defendant-Appellant.*

---

2010-1502, -1545

---

Appeals from the United States District Court for the District of Delaware in case no. 06-CV-0491, Magistrate Judge Mary Patricia Thynge.

---

**ON MOTION**

---

**ORDER**

The parties move for a 14-day extension of time, until February 4, 2011, for Amazon.com, Inc. to file its reply brief, and for a 7-day extension of time, until February 25, 2011, for Cordance Corporation to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 2 8 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Michael A. Albert, Esq.
     Lynn H. Pasahow, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 2 8 2010**

**JAN HORBALY**
**CLERK**